UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 4:24-cv-00626-SDJ

Name of party requesting extension: Cellco Partnership d/b/a Verizon Wireless

Is this the first application for extension of time in this case?  ✔ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 7/10/2024

Number of days requested:  ☐ 30 days
☐ 15 days
✔ Other  45  days

New Deadline Date: 9/14/2024    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Melissa Richards Smith

State Bar No.: 24001351

Firm Name: GILLAM & SMITH, LLP

Address: 303 South Washington Avenue
         Marshall, Texas 75670

Phone: (903) 934-8450

Fax:   (903) 934-9257

Email: melissa@gillamsmithlaw.com

A certificate of conference does not need to be filed with this unopposed application.