# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC, <br> *Plaintiff,* <br><br> v. <br><br> VERIZON COMMUNICATIONS INC, VERIZON SERVICES CORPORATION and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> *Defendants.* | C.A. No. 4:24-cv-00626-SDJ <br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## OF VERIZON COMMUNICATIONS, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Morris Routing Technologies, LLC ("Plaintiff") hereby dismisses this action without prejudice solely as to Defendant Verizon Communications Inc ("Verizon Comm"). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the Plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Verizon Comm has not yet answered the Complaint.  Accordingly, Plaintiff voluntarily dismisses this action against Verizon Comm without prejudice pursuant to Rule 41(a)(1)(A)(i). Each party shall bear its own costs, expenses, and attorneys' fees.

Verizon Services Corporation and Cellco Partnership d/b/a Verizon Wireless remain as Defendants in this case.

Dated: September 18, 2024

Respectfully submitted,

DEVLIN LAW FIRM LLC

*/s/Derek Dahlgren*
Timothy Devlin
tdevlin@devlinlawfirm.com
Derek Dahlgren
ddahlgren@devlinlawfirm.com
Andrew Sherman
asherman@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: (302) 449-9010

G. Andrew Gordon, (*pro hac vice* to be filed)
andrew@agordonlawfirm.com
ANDREW GORDON LAW FIRM PLLC
6518 Ryeworth Dr.
Frisco, TX 75035
Tel: (408) 390-4473

*Attorneys for Plaintiff*
*Morris Routing Technologies, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that September 18, 2024, the foregoing document was filed electronically with the Clerk of the Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are deemed to have consented to electronic service.

*/s/Derek Dahlgren*
Derek Dahlgren