**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC,<br><br>   *Plaintiff*,<br><br>  v.<br><br>VERIZON COMMUNICATIONS, INC.,<br>VERIZON SERVICES CORPORATION and<br>CELLCO PARTNERSHIP D/B/A VERIZON<br>WIRELESS,<br><br>   *Defendants*. | Case No. 4:24-cv-00626<br><br>**Jury Trial Demanded** |

**DEFENDANTS VERIZON SERVICES CORP. AND CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Verizon Services Corp. and Cellco

Partnership d/b/a Verizon Wireless ("Verizon") makes this Corporate Disclosure Statement.

Verizon Services Corp. and Cellco Partnership d/b/a Verizon Wireless are wholly-owned

subsidiaries, directly or indirectly, of Verizon Communications Inc.

Verizon Communications Inc. is a publicly held company.  No individual or entity owns

10% or more of the stock of Verizon Communications Inc.

Dated:  November 1, 2024

Respectfully submitted,

*/s/ Timothy S. Durst*

Timothy S. Durst, Bar No. 00786924
tdurst@omm.com
John Kappos, Bar No. 24130097
jkappos@omm.com
Jeffery Baxter, Bar No. 24006816
jbaxter@omm.com
**O'MELVENY & MYERS LLP**
2801 North Harwood Street, Suite 1600
Dallas, TX 75201-2692
Telephone: 972-360-1900
Facsimile: 972-360-1901

Brett J. Williamson, (*pro hac vice* forthcoming)
bwilliamson@omm.com
Cameron W. Westin (*pro hac vice* forthcoming)
cwestin@omm.com
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: 949-823-6900
Facsimile: 949-823-6994

***Attorneys for Defendants Verizon Services
Corporation and Cellco Partnership d/b/a Verizon
Wireless***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 1, 2024.  Any other counsel of record will be served by facsimile transmission, e-mail and/or first class mail.

*/s/ Timothy S. Durst*
Timothy S. Durst