UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MORRIS ROUTING | § | |
| TECHNOLOGIES, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-626-SDJ |
| | § | |
| VERIZON COMMUNICATIONS, | § | |
| INC., ET AL. | § | |

## ORDER

Before the Court is the parties' Joint Motion for Extension of Time to File Joint Notice Regarding Proposed Scheduling Order and *Markman* Hearing. (Dkt. #47). After full consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that parties' deadline to file their joint notice with proposed deadlines for the scheduling order and the parties' positions on whether the Court should hold a joint *Markman* hearing for all four cases is extended to **April 18, 2025**.

So ORDERED and SIGNED this 15th day of April, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE