**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

MORRIS ROUTING TECHNOLOGIES, LLC**,**

*Plaintiff,*

v.

VERIZON SERVICES CORPORATION and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,

*Defendants.*

C.A. No. 4:24-cv-00626-SDJ

JURY TRIAL DEMANDED

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff Morris Routing Technologies, LLC ("Plaintiff") and Defendants Verizon Services Corporation and Cellco Partnership d/b/a Verizon Wireless ("Verizon") have resolved Plaintiff's claims for relief against Verizon and Verizon's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Verizon, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Verizon with prejudice and Verizon's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: December 1, 2025

Respectfully submitted,

*/s/Derek Dahlgren*
Timothy Devlin
tdevlin@devlinlawfirm.com
Derek Dahlgren (*Pro Hac Vice*)
ddahlgren@devlinlawfirm.com
Leland Marcus (TSB #24139764)
lmarcus@devlinlawfirm.com
Andrew J. Sherman
asherman@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*Morris Routing Technologies, LLC*

*/s/Timothy Durst*
Timothy S. Durst, Bar No. 00786924
tdurst@omm.com
John Kappos, Bar No. 24130097
jkappos@omm.com
Jeffery Baxter, Bar No. 24006816
jbaxter@omm.com
**O'MELVENY & MYERS LLP**
2801 North Harwood Street, Suite 1600
Dallas, TX 75201-2692
Telephone: 972-360-1900
Facsimile: 972-360-1901

Brett J. Williamson, (*pro hac vice*)
bwilliamson@omm.com
Cameron W. Westin (*pro hac vice*)
cwestin@omm.com
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: 949-823-6900
Facsimile: 949-823-6994

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com
*Attorneys for Defendants*
*Verizon Inc. et al.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel complied with the meet and confer requirement in Local Rule CV-7(i) and this motion is unopposed.

*/s/ Derek Dahlgren*
Derek Dahlgren

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2025, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/Derek Dahlgren*
Derek Dahlgren